SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT

2015 NOV 17 P 4: 38

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:15-cr-198-GZS |
| ) | |
| SAL MANSY ) | |
| TV TOYZ, LLC ) | |

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: November 17, 2015

Thomas E. Delahanty II
United States Attorney

Michael J. Conley
Assistant U.S. Attorney

11/18/15

Motion to Seal
Granted.