UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. |
| | ) | |
| SAL MANSY | ) | |
| TV TOYZ, LLC | ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Between about March 2014 and June 2015, in the Eastern District of Michigan, District of Maine and elsewhere defendants,

**SAL MANSY**
**TV TOYZ, LLC**

knowingly conducted, controlled, managed, supervised, directed, and owned all and part of a money transmitting business affecting interstate commerce, which failed to comply with the money transmitting business registration requirements set forth in Title 31, United States Code, Section 5330, and the regulations prescribed thereunder, including Title 31, Code of Federal Regulations, Section 1010.100(ff)(5).

In violation of Title 18, United States Code, Sections 1960 and 2.

### FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1960, the defendants, **SAL MANSY** and **TV TOYZ, LLC** shall forfeit to the United States of America any property, real or personal, involved in such offense and any property traceable to such property. The property to be forfeited includes but is not limited to the following:

      a.    $13,289.13 seized from account 3750 1349 3782 held at the Bank of America in the name of Sal Mansy;

    b.    $60,812.96 seized from account number 3750 1274 5428 held at the Bank of America in the name of TV TOYZ, LLC;

    c.    $44,032.48 seized from account number 227274 at Bitstamp, Ltd. held in the name of Sal Mansy;

    d.    TV TOYZ, LLC, a limited liability corporation formed under the laws of the State of Michigan;

    e.    real property located at 2651 Erma Drive, Shelby Township, Michigan, Parcel ID 23-07-31-199-020; and

    f.    a money judgment equal to all property involved in the offense.

If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

Date: 11/17/15

Assistant U.S. Attorney

Signature Redacted. Original on File.

Foreperson