SCANNED

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Sal Mansy |
| **Address:** (City & State Only) | Shelby Township, MI |
| **Year of Birth/Age:** | 1974/41 |
| **Violations:** | Operation of an Unlicensed Money Transmitting Business. 18 U.S.C. § 1960. Imprisonment of not more than 5 years. 18 U.S.C. § 1960(a). |
| **Penalties:** | Fine not to exceed $250,000. 18 U.S.C. § 3571. Class D felony. 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than two years imprisonment. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Not more than three years less any imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency/Case Agent Name:** | Homeland Security Investigations Special Agent David Fife |
| **Detention Status:** | |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Michael J. Conley |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100 |

1