SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-cr-_____ |
| | ) | |
| SAL MANSY | ) | |
| TV TOYZ, LLC | ) | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: November 17, 2015

_____
Assistant U.S. Attorney