

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 15-
)
SAL MANSY )
TV TOYZ LLC )
)

## CORPORATE DISCLOSURE STATEMENT
### (RULE 12.4(a)(2))

The United States of America, by its attorneys, Thomas E. Delahanty, United States Attorney for the District of Maine, and Michael J. Conley, Assistant United States Attorney, respectfully submits the following information regarding an organizational defendant in this case.

TV TOYZ LLC is charged with operating an unlicensed money transmitting business, and aiding and abetting such conduct, in violation of 18 U.S.C. §§ 1960 and 2. TV TOYZ is a limited liability company formed under the laws of the State of Michigan on November 7, 2012. The government understands Sal Mansy to be the sole member of this limited liability company. The expressed purpose for which this limited liability company was formed was to engage in "satellite TV systems and accessories." TV TOYZ LLC is located at 2651 Erma Dr., Shelby Township, MI 48043.

Date: November 18, 2015.

Thomas E. Delahanty II
United States Attorney

Michael J. Conley
Assistant U.S. Attorney