CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:15-mj-30549-DUTY All Defendants

Case title: United States of America v. Mansy

Date Filed: 11/23/2015
Date Terminated: 11/23/2015

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

| | | |
|---|---|---|
| **Sal Mansy**<br>*TERMINATED: 11/23/2015* | represented by | **Farris F. Haddad**<br>Farris F. Haddad & Associates<br>26100 American Drive<br>Suite 605<br>Southfield, MI 48034<br>(888) 818-1646<br>Fax: (248) 686-0812<br>Email: farris@callfarris.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Pending Counts**                               **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

RULE 5(c)(3) District of Maine

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **April Nicole Russo**<br>United States Attorney's Office<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226<br>313-226-9129<br>Fax: 313-226-2872<br>Email: april.russo@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2015 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Sal Mansy (1). (MarW) (Entered: 11/24/2015) |
| 11/23/2015 | | Minute Entry for proceedings before Magistrate Judge Elizabeth A. Stafford: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Sal Mansy held on 11/23/2015. Bond Info: Sal Mansy (1) $10,000.00 Unsecured.(Court Reporter: Digitally Recorded) (Defendant Attorney: Farris Haddad) (AUSA: April Russo) (MarW) (Entered: 11/24/2015) |
| 11/23/2015 | | Minute Entry for proceedings before Magistrate Judge Elizabeth A. Stafford: Removal Hearing as to Sal Mansy NOT held on 11/23/2015. Disposition: WAIVED. Transferred to District of Maine.(Court Reporter: Digitally Recorded) (Defendant Attorney: Farris Haddad) (AUSA: April Russo) (MarW) (Entered: 11/24/2015) |
| 11/23/2015 | 2 | Audio File of Initial Appearance in Rule 5(c)(3)/Removal as to Sal Mansy held on 11/23/2015 before Magistrate Judge Elizabeth A. Stafford. AUDIO FILE SIZE (4.7 MB) (SOso) (Entered: 11/24/2015) |
| 11/23/2015 | 3 | ATTORNEY APPEARANCE: Farris F. Haddad appearing for Sal Mansy. (SOso) (Entered: 11/24/2015) |
| 11/23/2015 | 4 | WAIVER of Rule 5 and 5.1 Hearings by Sal Mansy (SOso) (Entered: 11/24/2015) |
| 11/23/2015 | 5 | ORDER Setting Conditions of Release as to Sal Mansy. Signed by Magistrate Judge Elizabeth A. Stafford. (SOso) (Entered: 11/24/2015) |

| 11/23/2015 | 6 | BOND as to Sal Mansy in the amount of $10,000.00 unsecured entered. (SOso) (Entered: 11/24/2015) |
|---|---|---|
| 11/23/2015 | 7 | COMMITMENT TO ANOTHER DISTRICT Defendant committed to District of Maine. Signed by Magistrate Judge Elizabeth A. Stafford. (SOso) (Entered: 11/24/2015) |
| 11/25/2015 | | TEXT-ONLY NOTICE to District of Maine of Transfer as to Sal Mansy. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 3 Attorney Appearance, 1 Rule 5(c)(3) Petition for Transfer Proceedings, 7 Commitment to Another District, 6 Bond, 5 Order Setting Conditions of Release, 4 Waiver of Rule 5 Hearings (Formerly Rule 40) (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov) (KKra) (Entered: 11/25/2015) |

**PACER Service Center**

**Transaction Receipt**