# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED NOV 23 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Sal Mansy

    Defendant.

Criminal No. 15-30549

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Sal Mansy**

_____
Attorney's signature

**Farris F. Haddad P71538**
Printed Name and Michigan Bar Number

**26100 American Dr. Ste 605**
Address
**Southfield, MI 48034**

**farris@callfarris.com**
E-mail Address

**(888) 818-1646**
(Area Code)     Telephone Number

**(248) 686-0812**
Fax Number

Date: 11/23/2015
Detroit, Michigan

☐ CJA Appointment    ☒ Retained