

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff.

v.

SAL MANSY

    Defendant.

_____/

Case: 2:15-mj-30549
Judge: Unassigned,
Filed: 11-23-2015
REM: USA v SAL MANSY (MAW)

**ORDER TRANSFERRING DEFENDANT TO
ANSWER TO CHARGES PENDING IN ANOTHER
DISTRICT AND COMMITMENT TO THAT DISTRICT**

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that defendant Sal Mansy be transferred to the United States District Court for the District of Maine for further proceedings in the case of *United States v. Sal Mansy,* Criminal No. 2:15-CR-198-GZS.

Defendant who has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.). shall appear at the following location at the following time:

Dec. 14 in duty at the duty court time in Portland.

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court. See 18 U.S.C. §§ 3146, 3148.

HONORABLE ELIZABETH A. STAFFORD
United States Magistrate Judge

Entered: 11-23-15