# UNITED STATES DISTRICT COURT
## District of Maine

United States of America _____ )
_____ )
_____ )      Case No. 2:15-cr-198 _____
                          Plaintiff(s),  )
                                         )
            vs.                          )
Sal Mansy _____  )
_____ )
                          Defendant(s).  )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answers to the following questions are complete, true and correct:

1. Name: Shawn Patrick Smith

2. State bar membership number(s): P51431

3. Firm name, address and telephone number:

   THE LAW 261 East Maple Rd Birmingham, MI 48009 248-808-3166

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Michigan 1994; Eastern District Michigan 1996

5. Name, address and telephone number of associated local counsel:
   Luke Rioux  97A Exchange Street #404  Potland ME 04101  207-358-4909

6. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?                    ☐ Yes  ☑ No

7. Have any proceedings, which could lead to any such disciplinary actions as described in question 6, been instituted against you by any such bodies?                ☐ Yes  ☑ No

   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 6 or 7.)

8. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑ Yes  ☐ No

Dated: 12/7/15 _____          _____
                                       Signature of Local Counsel

Dated: 12.5.15 _____          s/ Shawn Patrick Smith
                                       Signature of Applicant