# UNITED STATES DISTRICT COURT
## District of Maine

United States of America )
)
)
Plaintiff(s), )
)
vs. )
Sal Mansy )
TV Toyz LLC )
Defendant(s). )

Case No. 2:15-CR-198

## CERTIFICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answers to the following questions are complete, true and correct:

1. Name: Farris Frank Haddad

2. State bar membership number(s): P71538

3. Firm name, address and telephone number:
   Farris F. Haddad & Associates, P.C., 26100 American Dr., Ste. 605, Southfield, MI, 48034, 1(888) 818-1646

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   State of Michigan; and U.S. Eastern District of Michigan

5. Name, address and telephone number of associated local counsel:
   Luke Rioux  97A Exchange Street #404  Potland ME 04101  207-358-4909

6. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes ☑ No

7. Have any proceedings, which could lead to any such disciplinary actions as described in question 6, been instituted against you by any such bodies?  ☐ Yes ☑ No

(You must attach a separate sheet with detailed explanations of Yes answers to Questions 6 or 7.)

8. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑ Yes ☐ No

Dated: 12/14/2015

Signature of Local Counsel

Dated: 12/13/2015

Signature of Applicant