AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) |
|---|---|
| v. | ) |
| Sal Mansy | ) Case No. 2:15-cr-198-GZS |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sal Mansy                                                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Operation of an unlicensed money transmitting business, in violation of 18 U.S.C., Sections 1960 and 2.


Date:  11/18/2015

*Issuing officer's signature*

City and state:   Portland, Maine

Sara Foss, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/18/15, and the person was arrested on *(date)* 11/23/15
at *(city and state)* Detroit, MI.

Date: 12/03/15

*Arresting officer's signature*

Andrew LeConte  DUSM
*Printed name and title*