**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA )
          )
v.          )  **Criminal No. 2:15-CR-198-GZS**
          )
Sal Mansey      )
TV Toyz LLC

**UNOPPOSED DEFENSE MOTION TO EXTEND TIME FOR**
**FILING PRETRIAL MOTIONS AND MOTION TO CONTINUE TRIAL**

The Defendants, through counsel, request that this Honorable Court enlarge time for filing pretrial motions and continue the matter to a May, 2016 trial list. The defense offers the following in support:

1. Defendants appeared for arraignment 12/14/15 and, by standard procedural order, 12/28/15 was set as the pretrial motion deadline and the case was added to February 2016 trial list.

2. Discovery is voluminous and the government continues to provide additional materials as recently as today.

3. The case involves complicated legal issues and the defense team will need to significant additional time to review discovery, determine what motions will be filed and to prepare for trial.

4. The defense therefore asks for an additional 60 days to file pretrial motions and that the matter be continued to a trial list in May 2016.

5. Assistant US Attorney Michael Conley has been consulted and he does not object to this request.

Wherefore, the Defendant asks that this Honorable Court grant this motion.

December 28, 2015

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com

## CERTIFICATE OF SERVICE

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com