UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-CR-198-GZS |
| | ) | |
| Sal Mansey | ) | |
| TV Toyz LLC | | |

**SPEEDY TRIAL WAIVER**

On 12/28/15, the defendants filed a consolidated motion to extend time for pretrial motions and a motion to continue (ECF 22). To the extent needed to accommodate the requests in that motion, the defendants now waive their speedy trial rights.

December 29, 2015

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com

**CERTIFICATE OF SERVICE**

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com