**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim No.: 15-cr-198-GZS |
| SAL MANSY | ) |
| TV TOYZ LLC | ) |

**SPEEDY TRIAL ORDER**

This matter comes before the court upon defendants' Unopposed Defense Motion To Extend Time For Filing Pretrial Motions and Motion to Continue Trial (Docket Item # 22). In support of this motion, defendants have represented: (1) discovery is voluminous and the government continues to provide additional materials; and (2) the case involves complicated legal issues and the defense will need significant additional time to review discovery, determine what motions will be filed and to prepare for trial. The defendants have represented that they waives their speedy trial rights to accommodate this request.

The government has no objection to either the enlargement of time or continuance sought. The current pre-trial motion deadline is December 28, 2015. Counsel has requested an extension through February 26, 2016. Trial in this matter is currently set for February 1, 2016. Counsel has requested that this matter be placed on the May 2016 trial list.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by such an enlargement of time outweigh the best interests of the public and of the defendant in a speedy trial.

The court further finds that such an enlargement and continuance is reasonable as to all of the parties because the nature of the evidence as to all defendants is interrelated in this case and conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**. The pre-trial motion deadline as to all defendants in this case is extended through February 26, 2016. This matter is continued to the May 2, 2016 trial list.

2. The time period from and including December 28, 2015 through February 26, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

3. The time period from and including February 1, 2016 through May 2, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

4. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**So ORDERED.**

Dated this 4th day of January 2016.

/s/ George Z. Singal
George Z. Singal
U.S. District Judge