Case 2:15-cr-00198-GZS   Document 26   Filed 02/26/16   Page 1 of 2    PageID #: 55

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:15-CR-198-GZS |
| ) | |
| Sal Mansey ) | |
| TV Toyz LLC | |

**UNOPPOSED DEFENSE MOTION TO EXTEND TIME FOR
FILING PRETRIAL MOTIONS AND MOTION TO CONTINUE TRIAL**

The Defendants, through counsel, request that this Honorable Court enlarge time for filing pretrial motions and continue the matter to a May, 2016 trial list. The defense offers the following in support:

1. The pretrial motion deadline is currently 2/26/16 and the ready for trial date is 5/2/16.

2. Discovery is voluminous and the defense team is continuing to review the discovery and prepare pre-trial motions.

3. Defense attorneys Farris Haddad and Shawn Smith are already scheduled for trial commencing April 4, 2016 in Detroit Federal Court. That is a Medicare fraud case involving a tremendous volume of material and expected to last 4 to 6 weeks.

4. These attorneys are therefore not likely available for a May trial in the District of Maine.

5. The defense therefore asks for an additional 60 days to file pretrial motions and that the matter be continued to a trial list no earlier than June of 2016.

6. Assistant US Attorney Michael Conley has been consulted and he does not object to this request.

7. To the extent needed to accommodate this request, the defendants waive their speedy trial rights.

Wherefore, the Defendant asks that this Honorable Court grant this motion.

February 26, 2016

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com

**CERTIFICATE OF SERVICE**

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com