UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA   )  <br>                                                       ) <br>                     v.                            ) <br>                                                       )   Crim No.: 15-cr-198-GZS <br> SAL MANSY                                ) <br> TV TOYZ LLC                             ) | |

**SECOND SPEEDY TRIAL ORDER**

This matter comes before the court upon defendants' Unopposed Defense Motion To Extend Time For Filing Pretrial Motions and Motion to Continue Trial (ECF No. 26). In support of this motion, defendants have represented: (1) discovery is voluminous and the defense team is continuing to review discovery and prepare pre-trial motions; (2) attorneys Farris Haddad and Shawn Smith are scheduled for trial commencing April 4, 2016 in the United States District Court, Eastern District of Michigan; and (3) the trial in Michigan is a Medicare fraud case and is expected to last 4 to 6 weeks. The defendants have represented that they waive their speedy trial rights to accommodate this request.

The government has no objection to either the enlargement of time or continuance sought. The current pre-trial motion deadline is February 26, 2016. Counsel has requested an extension through April 26, 2016. Trial in this matter is currently set for May 2, 2016. Counsel has requested that this matter be placed on a trial list no earlier than June 2016.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find

1

that the ends of justice served by such an enlargement of time outweigh the best interests of the public and of the defendant in a speedy trial.

The court further finds that such an enlargement and continuance is reasonable as to all of the parties because the nature of the evidence as to all defendants is interrelated in this case and conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**. The pre-trial motion deadline as to all defendants in this case is extended through April 26, 2016. This matter is continued to the June 6, 2016 trial list.

2. The time period from and including February 26, 2016 through April 26, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

3. The time period from and including May 2, 2016 through June 6, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

4. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order. If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

/s/ George Z. Singal  
United States District Judge

Dated this 4th day of March, 2016.