UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:15-cr-00198-GZS |
| ) | |
| SAL MANSY ) | |
| TV TOYZ, LLC ) | |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States in the above-entitled case.

All future filings and notices should also be sent to the undersigned.

Dated: March 4, 2016                        THOMAS E. DELAHANTY II
                                            United States Attorney

                                            /s/Donald E. Clark
                                            Donald E. Clark
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            100 Middle Street
                                            East Tower, 6th Floor
                                            Portland, Maine 04101
                                            (207) 780-3257
                                            donald.clark@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I caused the filing of the foregoing notice of appearance with the Clerk of Court which sent such notice to the following:

FARRIS FRANK HADDAD
FARRIS F. HADDAD & ASSOCIATES P.C.
26100 AMERICAN DRIVE SUITE 605
SOUTHFIELD, MI 48034
888-818-1646
farris@callfarris.com

SHAWN P. SMITH
THE LAW
261 EAST MAPLE ROAD
BIRMINGHAM, MI 48009
248-808-3166
shawn@shawnthelaw.com

LUKE RIOUX
RDCP LAWYERS
97A EXCHANGE ST #404
PORTLAND, ME 04101
207-358-4909
luke@rdcplawyers.com

/s/Donald E. Clark
Donald E. Clark
Assistant U.S. Attorney