UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:15-CR-198-GZS |
| ) | |
| Sal Mansy ) | |
| TV Toyz LLC | |

**UNOPPOSED DEFENSE MOTION TO EXTEND TIME FOR
FILING PRETRIAL MOTIONS**

The Defendants, through counsel, request that this Honorable Court extend time for filing pretrial motions by three weeks. The defense offers the following in support:

1. The pretrial motion deadline is currently 4/26/16.

2. The case presents unique issues that are poorly developed in the case law and which have rarely been encountered in other District Courts across the nation.

3. The defense needs this brief extension to finalize research and drafting of any pretrial motions.

4. This extension is unlikely to substantially delay the proceedings since, due to witness availability, the Government will very likely move to continue the June 2016 ready for trial date. We do not object to that request.

5. AUSA Michael Conley had been consulted and does not object to this request.

6. To the extent needed to accommodate this request, the defendants waive their speedy trial rights.

Wherefore, the Defendant asks that this Honorable Court grant this motion.

April 26, 2016

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant

97A Exchange St #404<br>
Portland ME 04101<br>
207-358-4909<br>
luke@rdcplawyers.com

## CERTIFICATE OF SERVICE

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux<br>
Luke Rioux (9915)<br>
Attorney for Defendant<br>
97A Exchange St #404<br>
Portland ME 04101<br>
207-358-4909<br>
luke@rdcplawyers.com