UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)  Crim No.: 15-cr-198-GZS<br>SAL MANSY )<br>TV TOYZ LLC ) | |

**THIRD SPEEDY TRIAL ORDER**

This matter comes before the court upon Defendants' Unopposed Defense Motion To Extend Time For Filing Pretrial Motions (ECF No. 29). The current pre-trial motion deadline is April 26, 2016. The defendants have requested a three week extension  In support of this motion, Defendants have represented: (1) this case presents unique issues that are poorly developed in the case law and which have rarely been encountered in other District Courts across the nation; (2) the defense requests this extension to finalize research and draft any pretrial motions; (3) pursuant to the Second Speedy Trial Order (ECF No. 27) the Court has already continues this case to the June 6. 2016 trial list; and (4) the Defendants have represented that they further waive their speedy trial rights to accommodate this request. The Government has no objection to the enlargement of time sought.

After full consideration of the representations of counsel, and of the record to date, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by such an enlargement of time outweigh the best interests of the public and of the defendants in a speedy trial.

The Court further finds that such an enlargement is reasonable as to all of the parties because the nature of the evidence as to all defendants is interrelated in this case and conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.  The pre-trial motion deadline as to all defendants in this case is extended through May 17, 2016.

2. The time period from and including April 26, 2016 through May 17, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

3. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**SO ORDERED.**

                                      /s/ George Z. Singal
                                      George Z. Singal
                                      United States District Judge

Dated this 27th day of April, 2016.