# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 15-cr-00198-GZS |
| ) | |
| SAL MANSY ) | |
| TV TOYZ, LLC ) | |

## MOTION TO CONTINUE TRIAL

The United States of America respectfully moves to continue trial in the above-captioned matter to the August 2016 trial list. In support of this motion, the government states the following: (1) this matter is currently on the June 2016 trial list; (2) it is anticipated that the government's case agent will be out of the office on paternity leave from approximately June 1, 2016 through July 18, 2016; (3) the case agent, far more than any other agent, has been intimately involved in this lengthy investigation since its inception and is considered an indispensable part of the government's trial team; (4) the case agent is expected to be called to testify at trial; and (5) the defendants, through their counsel, have no objection and are willing to waive their speedy trial rights to accommodate the government's request.

WHEREFORE it is respectfully requested that trial in this matter be continued to the August 2016 trial list.

Dated: May 16, 2016.

/s/ Michael J. Conley
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
Telephone: (207) 780-3257

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2016, I electronically filed Motion to Continue Trial with the Clerk of Court using the CM/ECF system, which will submit notification of such filing to:

    Luke Rioux, Esq.

    Shawn P. Smith, Esq.

    Farris Frank Haddad, Esq.

                                   Thomas E. Delahanty II
                                   United States Attorney

                                   /s/ Michael J. Conley
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   100 Middle Street
                                   Portland, Maine 04101
                                   Telephone:  (207) 780-3257