# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim No.: 15-cr-198-GZS |
| SAL MANSY | ) | |
| TV TOYZ LLC | ) | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the government's unopposed Motion To Continue Trial (ECF No. 32).  In support of this motion, the government represents the following: (1) this matter is currently on the June 2016 trial list; (2) it is anticipated that the government's case agent will be out of the office on paternity leave from approximately June 1, 2016 through July 18, 2016; (3) the case agent, far more than any other agent, has been intimately involved in this lengthy investigation since its inception and is considered an indispensable part of the government's trial team; (4) the case agent is expected to be called to testify at trial; and (5) the defendants, through their counsel, have no objection and are willing to waive their speedy trial rights to accommodate the government's request.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by such a continuance outweigh the best interests of the public and of the defendants in a speedy trial.

The court further finds that such a continuance is reasonable as to all of the parties because the nature of the evidence as to all defendants is interrelated in this case and conducting multiple

trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is hereby **GRANTED**.  Trial in this matter is continued to the August 2016 trial list.

2.  The time period from and including June 6, 2016 through August 1, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

3.  Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**So ORDERED.**

Dated: May 17, 2016

**/s/ George Z. Singal**
George Z. Singal
U.S. District Judge

2