## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Crim. No. 2:15-cr-198-GZS |
| ) | |
| SAL MANSY ) | |
| TV TOYZ LLC ) | |

## AMENDED GOVERNMENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

NOW COMES the United States of America, by and through its attorneys Thomas E. Delahanty II, United States Attorney for the District of Maine, and Michael J. Conley, Assistant United States Attorney, and respectfully requests, pursuant to Fed. R. Crim. Proc. 45(b)(1)(A), an extension of time to file a response to Defense Motion to Suppress Evidence (Docket Item # 34) and Defendants' Motion To Dismiss the Indictment (Docket item #35).

The government responses to the defense motions are currently due to be filed no later than June 7, 2016. Since the defense motions were filed on May 17, 2016, government counsel had been preparing for a week-long trial which was scheduled to commence on May 31, 2016. In addition, the defense Motion to Dismiss the Indictment involves novel issues involving virtual currency as well as issues concerning statutory construction which the government seeks additional time to research and respond to.

All attorneys of record have indicated that they have no objection to the requested extension of time.

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that the date by which the government is to respond to the defense motions be extended to June 21, 2016.

Dated at Portland, Maine, this 1st day of June 2016.

Respectfully submitted,

Thomas E. Delahanty II
United States Attorney

/s/Michael J. Conley
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
michael.conley@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 1, 2016, I electronically filed Government's Motion For Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Luke Rioux
Shawn Patrick Smith
Farris Haddad

              Thomas E. Delahanty II
              United States Attorney

              /s/Michael J. Conley
              Assistant United States Attorney
              United States Attorney's Office
              100 Middle Street
              Portland, Maine 04101
              (207) 780-3257
              michael.conley@usdoj.gov