SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

2016 JUN -8 P 4: 22

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 2:15-cr-00198-GZS |
| | ) |
| SAL MANSY | ) |
| TV TOYZ, LLC. | ) |

## LIS PENDENS

NOTICE is hereby given of the pendency of a criminal action against Sal Mansy as evidenced by an Indictment filed with the Clerk of the United States District Court in and for the District of Maine on or about November 17, 2015. The forfeiture allegation of said Indictment contains criminal forfeiture provisions pursuant to Title 18, United States Code, Section 982(a)(1), as more specifically described in said Indictment filed on November 15, 2015, as follows:.

      Certain real property located at 2651 Erma Drive, Shelby Township,
      Michigan, Parcel ID 23-07-31-199-020.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the District of Maine, at Portland, Maine.

Dated at Portland, Maine, this 9th day of June, 2016.

THOMAS E. DELAHANTY II
United States Attorney

Donald E. Clark
Assistant United States Attorney

A TRUE COPY
ATTEST Christa K. Berry, Clerk

By _____
Deputy Clerk

Scanned by: bfc
Folder Location: Wed
File Name: 9ZS/15cr198
Names of Attachments, if any:

## CERTIFICATION

I hereby certify that an Indictment was filed in the above-captioned matter in the United States District Court for the District of Maine on November 17, 2015.

Dated: 6/9/2016

CHRISTA BERRY, CLERK

By: _____
DEPUTY CLERK

(AFFIX SEAL)