UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-CR-198-GZS |
| | ) | |
| Sal Mansey | ) | |
| TV Toyz LLC | | |

**UNOPPOSED DEFENSE MOTION TO EXTEND TIME TO FILE
REPLY TO GOVERNMENT'S RESPONSES IN OPPOSITION**

The Defendants, through counsel, request that this Honorable Court extend time for the defense to file replies to the Governments Responses in Opposition to the defense Motions to Suppress and to Dismiss:

1. The deadline to reply to the Government's Responses is currently July 5, 2016.

2. The motions involve novel issues, which require additional research to address.

3. The defense team's schedule and obligation to other serious cases has made it impossible to adequately prepare responses by the deadline already set.

4. The defense therefore asks that the deadline to reply be extended to July 15, 2016.

5. Assistant US Attorney Michael Conley has been consulted and he does not object to this request.

Wherefore, the Defendant asks that this Honorable Court grant this motion.

July 5, 2016

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com

## CERTIFICATE OF SERVICE

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley and all other counsel of record

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com
