UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 2:15-CR-198-GZS** |
| | ) | |
| Sal Mansey | ) | |
| TV Toyz LLC | | |

**UNOPPOSED DEFENSE MOTION TO CONTINUE TRIAL**

The Defendants, through counsel, request that this Honorable Court continue the case off of the August Trial list. The defense offers the following in support:

1. The case appears on the Court's August trial list.

2. On Monday of this week, this Court issued denied both the defense motion to suppress evidence and to the motion to dismiss.

3. In light of these rulings, the defense has been considering the viability of defenses at trial and to needs more time to discuss with the defendant and the Government the options for resolving the matter without a trial.

4. Local and foreign attorneys are already scheduled for trail on several other matters during the month of September and we ask that the case be continued to the October Trial list.

5. Assistant US Attorney Michael Conley has been consulted and he does not object to this request.

Wherefore, the Defendant asks that this Honorable Court grant the motion and continue the case off of the August trial list.

July 22, 2016

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404

Portland ME 04101  
207-358-4909  
luke@rdcplawyers.com

## CERTIFICATE OF SERVICE

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux  
Luke Rioux (9915)  
Attorney for Defendant  
97A Exchange St #404  
Portland ME 04101  
207-358-4909  
luke@rdcplawyers.com