# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Crim No.: 15-cr-198-GZS |
| SAL MANSY ) | |
| TV TOYZ LLC ) | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon defendants' Unopposed Defense Motion To Continue Trial (ECF No. 48).  In support of this motion, defendants have represented: (1) in light of court's denial of the defendants' motions, the defense requests additional time to assess the viability of defenses at trial and to discuss with the Government the options for resolving the matter without a trial; (2) defense counsel also are scheduled for trial in other matters in September and request that this case be placed on the October trial list; and (3) the defendants waive their speedy trial rights to accommodate this request.

The government has no objection to the requested continuance.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by such an continuance outweigh the best interests of the public and of the defendants in a speedy trial.

The court further finds that such an enlargement is reasonable as to all of the parties because the nature of the evidence as to all defendants is interrelated in this case and conducting multiple

trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.  This matter will be placed on the October trial list.

2. The time period from and including August 1, 2016 through October 3, 2016 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

3. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**So ORDERED.**

Dated: July 28, 2016

**/s/ George Z. Singal**
George Z. Singal
U.S. District Judge

2