UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:15-CR-198-GZS |
| | ) | |
| Sal Mansy, | ) | |
| TV Toys, LLC | ) | |

**ENTRY OF APPEARANCE**

The Clerk will enter my appearance on behalf of Defendants Sal Mansy and TV Toys, LLC, in the above matter. It is anticipated that current Defense Counsel, FARRIS FRANK HADDAD, Esq., SHAWN P. SMITH, Esq., and LUKE RIOUX, Esq., will be withdrawing from representing the Defendants. The Defendants consent to the withdrawal of such counsel.

Dated at Portland, Maine this 8th day of September, 2016.

/s/ Roger F. Brunelle Jr.
Roger F. Brunelle Jr., Esquire
Attorney for Defendant
One Monument Way, 2nd Floor
Portland, ME 04101
207-699-4357
Roger@rbrunellelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2016, I electronically filed Entry of Appearance, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Michael Conley, Assistant U. S. Attorney
    U.S. Department of Justice
    U.S. Attorney's Office
    100 Middle Street,
    East Tower, 6th Floor
    Portland, ME 04104-5018
    (Attorney for United States of America)

Dated at Portland, Maine this 8th day of September, 2016.

                                  Respectfully submitted,

                                  /s/ Roger F. Brunelle Jr.
                                Roger F. Brunelle Jr., Esq.
                                One Monument Way, 2nd Floor
                                Portland, ME 04101
                                207-699-4357
                                Roger@rbrunellelaw.com