UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 2:15-CR-198-GZS |
| ) | |
| Sal Mansy,               ) | |
| TV Toys, LLC             ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

The Defendants, though undersigned counsel, request that this Honorable Court continue the case off the October Trial List, and continue to the January 2017 Trial List, currently set for Jury Selection on January 8, 2017.  The Government, through its counsel, Michael Conley, Esq., AUSA, has been consulted and has no objection to the requested continuance and the proposed dates for the special assignment of Jury Selection and Trial.  In support of this motion, the Defendants state as follows:

   1.  This case is currently set for Trial on the October List. Undersigned counsel was recently retained by the Defendants to represent Defendants' interests at the upcoming trial.

   2.  Undersigned counsel is in the process of obtaining all relevant discovery and assisting the Defendants in the transition involving the change in legal representation.  The Defendants have not intentionally attempted to delay or postpone the trial in this matter.  The Defendants' change in counsel was done only to ensure that the Defendants' interests would be adequately represented at a trial.

   3.  The process of obtaining discovery, reviewing such, and developing an effect trial

strategy will take a significant amount of time. The discovery is voluminous, and the legal issues are complex. If this case is continued to the January 2017 Trial List, currently set for Jury Selection on January 8, 2017, undersigned counsel should have adequate time to prepare.

4. The interests of justice will be served by the requested exclusion of time. The Defendants' and public right to a speedy trial is outweighed by any continuance, because the Defense needs adequate time to review and evaluate the evidence, and prepare for trial. The Speedy Trial Act, 18 U.S.C.§3161(h)(7)(A)(B)(ii) allows the court to enlarge time periods and exclude from calculation the time period involved here as the ends of justice served by this continuance to address attorney case and time conflicts, and to allow counsel adequate time to consult with individual clients. Such interests outweigh the best interest of the public and the Defendants in a speedy trial.

5. The parties believe a continuance to the January Trial list, with Jury Selection currently set for January 8, 2017, will allow the Defendants sufficient time to prepare for trial, and allow parties time to continue potential plea negotiations, and litigate or resolve any outstanding legal issues.

6. The Defendants are aware of their rights under the Speedy Trial Act, 18 U.S.C. §3161 and Defendants waive those time limits and ask that the court exclude from the speedy trial calculations the entire time period of the extension sought.

7. As indicated above, the Government, through its counsel, Michael Conley, Esq., AUSA, has been consulted and has no objection to the requested continuance and the proposed dates for the special assignment of Jury Selection and Trial.

Dated at Portland, Maine this 14th day of September, 2016.

>Respectfully submitted,
>
>/s/ Roger F. Brunelle Jr.
>Roger F. Brunelle Jr., Esq.
>One Monument Way, 2nd Floor
>Portland, ME 04101
>207-699-4357
>Roger@rbrunellelaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2016, I electronically filed Defendants' Unopposed Motion to Continue Trial, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Michael Conley, Assistant U. S. Attorney
    U.S. Department of Justice
    U.S. Attorney's Office
    100 Middle Street,
    East Tower, 6th Floor
    Portland, ME 04104-5018
    (Attorney for United States of America)

Dated at Portland, Maine this 14th day of September, 2016.

                              Respectfully submitted,

                              /s/ Roger F. Brunelle Jr.
                              Roger F. Brunelle Jr., Esq.
                              One Monument Way, 2nd Floor
                              Portland, ME 04101
                              207-699-4357
                              Roger@rbrunellelaw.com