UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Criminal No. 2:15-CR-198-GZS |
| ) | |
| Sal Mansy   ) | |
| TV Toyz LLC | |

**MOTION TO WITHDRAW**

Attorney Luke Rioux now moves to withdraw from the above captioned matters. The Defendants have directed this attorney to withdraw and have hired Attorney Roger Brunelle to substitute as defense counsel.

September 20, 2016

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com

**CERTIFICATE OF SERVICE**

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Defendant
97A Exchange St #404
Portland ME 04101
207-358-4909
luke@rdcplawyers.com