UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **Crim No.: 15-CR-198-GZS** |
| SAL MANSY | ) |
| TV TOYZ LLC | ) |

# MOTION TO WITHDRAW

Attorney Shawn Patrick Smith and Farris Haddad now move to withdraw from the above captioned matters. The Defendants have directed these attorneys to withdraw and have hired Attorney Roger Brunelle to substitute as defense counsel.

September 20, 2016

**FARRIS FRANK HADDAD**
**ATTORNEY AT LAW**
**s/ Farris Haddad**
**26100 American Drive Ste 605**
**Southfield, MI 48034-6185**
**(888) 818-0812**
**E-Mail: Farris@callfarris.com**

**SHAWN PATRICK SMITH ATTORNEY AT LAW**
**s/ Shawn Patrick Smith**
**Attorney for Defendant**
**261 East Maple Rd**
**Birmingham MI 48009**
**(248) 808-3166**

E-Mail: shawn@shawnthelaw.com  **P 51431**

**CERTIFICATE OF SERVICE**

I, Luke Rioux, Esq., hereby certify that I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to:

Assistant United States Attorney Michael Conley

/s/ Luke Rioux
Luke Rioux(9915)
Attorney for Defendant
97A Exchange St #404
207-358-4909
Luke@rdcplawyers.com