## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Crim No.: 15-cr-198-GZS |
| SAL MANSY | ) |
| TV TOYZ LLC | ) |

## **SPEEDY TRIAL ORDER**

This matter comes before the court upon the parties' Joint Motion To Continue Trial (ECF No. 64).  In support of this motion, the parties have represented: (1) defense counsel remains in the process of obtaining all relevant discovery and assisting the defendants in the transition involving the change in legal representation; (2) the process of obtaining discovery, reviewing such, and developing an effective trial strategy has taken a significant amount of time as the discovery is voluminous and the legal issues are complex; (3) defense counsel seeks additional time review and assess recent developments in case law addressing issues similar to issues involved in this case; (4) the parties continue to actively attempt to resolve this matter prior to trial; and (5) defendants waive their speedy trial rights to accommodate this request.

The government has no objection to the requested continuance.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact.  Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by such an continuance outweigh the best interests of the public and of the defendants in a speedy trial.

The court further finds that such an enlargement is reasonable as to all of the parties because the nature of the evidence as to all defendants is interrelated in this case and conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.  This matter will be placed on the February 2017 trial list.

2. The time period from and including January 9, 2017 to February 6, 2017 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

3. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**So ORDERED.**

Dated: December 12, 2016

                                         **/s/ George Z. Singal**
                                         George Z. Singal
                                         U.S. District Judge