## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 15-cr-00198-GZS |
| | ) |
| SAL MANSY | ) |
| TV TOYZ, LLC | ) |

## JOINT MOTION TO CONTINUE TRIAL

The United States of America and defendants Sal Mansy and TV Toyz, LLC, through their respective undersigned counsel, respectfully move to continue trial in the above-captioned matter to the April 2017 trial list.  In support of this motion, the parties state the following: (1) this matter is currently on the Court's February 2017 trial list; (2) on January 8, 2017, defense counsel forwarded a written plea offer to the government; (3) while the government does not expect the plea offer as received to be approved, the government is optimistic that the parties will be able to reach terms of a plea agreement that are acceptable to both parties; (4) one of the primary areas requiring further negotiation are several items of forfeiture alleged in the indictment, including real property, cash accounts, and accounts containing virtual currency; (5) the parties seek additional time to negotiate the disposition of those accounts; (6) defense counsel also seeks additional time to assess what impact, if any, the recently issued recommended decision in United States v. Petix, 15-CR-227A (W.D.N.Y. 2016) has on defense trial and pre-trial strategy; (7) defense counsel is currently in the process of moving his law office, which is proving to be a time consuming venture; and (8) defendants, through their counsel, have no objection and are willing to waive their speedy trial rights to accommodate this joint request.

WHEREFORE it is respectfully requested that trial in this matter be continued to the April 2017 trial list.

Dated: January 17, 2017.

/s/ Michael J. Conley
Assistant United States Attorney
United States Attorney's Office


/s/Roger Brunelle
Roger Brunelle, Esq.
Counsel for defendants

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed Joint Motion to Continue Trial with the Clerk of Court using the CM/ECF system, which will submit notification of such filing to:

Roger Brunelle, Esq.

Thomas E. Delahanty II
United States Attorney

/s/ Michael J. Conley
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
Telephone: (207) 780-3257