**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA          )
                                  )
              v.                  )
                                  )          Crim No.: 15-cr-198-GZS
SAL MANSY                         )
TV TOYZ LLC                       )

**SPEEDY TRIAL ORDER**

        This matter comes before the court upon the parties' Joint Motion To Continue Trial (ECF

No. 68).  In support of this motion, the parties have represented: (1) on January 8, 2017, defense

counsel forwarded a written plea offer to the government; (2) while the government does not

expect the plea offer as received to be approved, the government is optimistic that the parties will

be able to reach terms of a plea agreement that are acceptable to both parties; (3) one of the primary

areas requiring further negotiation are several items of forfeiture alleged in the indictment,

including real property, cash accounts, and accounts containing virtual currency; (4) the parties

seek additional time to negotiate the disposition of those accounts; (5) defense counsel also seeks

additional time to assess what impact, if any, the recently issued recommended decision in United

States v. Petix, 15-CR-227A (W.D.N.Y. 2016) has on defense trial and pre-trial strategy; (6)

defense counsel is currently in the process of moving his law office, which is proving to be a time

consuming venture; and (7) defendants waive their speedy trial rights to accommodate this request.

        The government has no objection to the requested continuance.

        After full consideration of the representations of counsel, and of the record to date, the

court hereby incorporates such representations as findings of fact.  Taking into consideration the

factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find

that the ends of justice served by such an continuance outweigh the best interests of the public and

of the defendants in a speedy trial.

The court further finds that such an enlargement is reasonable as to all of the parties because

the nature of the evidence as to all defendants is interrelated in this case and conducting multiple

trials would be impractical and would result in the inappropriate duplication of efforts and

expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.  This matter will be placed on the April 2017 trial list.

2. The time period from and including February 6, 2017 and April 3, 2017 as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. ' 3161 *et seq*.

3. Any codefendant objecting to the new deadlines set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**So ORDERED.**

Dated: January 18, 2017.

<u>**/s/ George Z. Singal**</u>
George Z. Singal
U.S. District Judge