UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-cr-00198-GZS |
| | ) | |
| SAL MANSY | ) | |
| TV TOYZ, LLC | ) | |

**JOINT MOTION TO CONTINUE TRIAL**

    The United States of America and defendants Sal Mansy and TV Toyz, LLC, through their respective undersigned counsel, respectfully move to continue trial in the above-captioned matter to the May 2017 trial list. In support of this motion, the parties state the following: (1) this matter is currently on the Court's April 2017 trial list, with trial briefs due on Monday, March 27, 2017; (2) the parties have been working toward, and are close to finalizing, a pre-trial resolution to this matter that would negate the need for a contested jury trial; (3) the parties seeks an additional three weeks to resolve the outstanding issues involving the forfeitures alleged in the indictment; (4) the parties further expect that this matter will be able to be scheduled for a Rule 11 hearing in the first two weeks in April; and (5) defendants, through their counsel, have no objection and are willing to waive their speedy trial rights to accommodate this joint request.

    WHEREFORE it is respectfully requested that trial in this matter be continued to the May 2017 trial list.

Dated: March 22, 2017.

                                                          /s/ Michael J. Conley
                                                          Assistant United States Attorney
                                                          United States Attorney's Office

                                                          /s/Roger Brunelle
                                                          Roger Brunelle, Esq.
                                                          Counsel for defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, I electronically filed Joint Motion to Continue Trial with the Clerk of Court using the CM/ECF system, which will submit notification of such filing to:

Roger Brunelle, Esq.

        Richard W. Murphy
        Acting United States Attorney

        /s/ Michael J. Conley
        Assistant United States Attorney
        United States Attorney's Office
        100 Middle Street
        Portland, Maine 04101
        Telephone:  (207) 780-3257