# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-cr-00198-GZS |
| | ) | |
| SAL MANSY | ) | |
| TV TOYZ, LLC | ) | |

## <u>JOINT MOTION TO CONTINUE TRIAL</u>

The United States of America and defendants Sal Mansy and TV Toyz, LLC, through their respective undersigned counsel, respectfully move to continue trial in the above-captioned matter to the June 2017 trial list.  In support of this motion, the parties state the following: (1) defense counsel seeks an additional extension of time to file a dispositive motion based, in part, upon a recommended decision issued by a United States Magistrate Judge in <u>United States v. Richard Petix</u>, 15-CR-227 (W.D.N.Y. December 1, 2016); (2) government counsel does not object to the filing of such a motion; and (3) defendants, through their counsel, have no objection and are willing to waive their speedy trial rights to accommodate this joint request.

WHEREFORE it is respectfully requested that trial in this matter be continued to the June 2017 trial list.

Dated: April 13, 2017.

/s/ Michael J. Conley
Assistant United States Attorney
United States Attorney's Office


/s/Roger Brunelle
Roger Brunelle, Esq.
Counsel for defendants

1

**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on April 13, 2017, I electronically filed Joint Motion to Continue Trial with the Clerk of Court using the CM/ECF system, which will submit notification of such filing to:

       Roger Brunelle, Esq.

                     Richard W. Murphy
                     Acting United States Attorney

                     /s/ Michael J. Conley
                     Assistant United States Attorney
                     United States Attorney's Office
                     100 Middle Street
                     Portland, Maine 04101
                     Telephone:  (207) 780-3257