**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA     )
                                 )
v.                                )        Crim. No. 15-cr-198-GZS
                                 )
SAL MANSY                   )
TV TOYZ                     )

**PROSECUTION VERSION**

If the United States were to proceed to trial on the indictment in this case, it would prove beyond a reasonable doubt that Sal Mansy and TV TOYZ operated an unlicensed money transmitting business, and aided and abetted such conduct, in violation of Title 18, United States Code, Sections 1960(a) and 2. Specifically, the evidence would show the following:

Bitcoins and Bitcoin Exchangers

Bitcoins are a form of virtual currency, existing entirely on the Internet and not in any physical form. The currency is not issued by any government, bank, or company, but rather is generated and controlled automatically through computer software operating on a decentralized, "peer-to-peer" network.

Bitcoins are stored on the Bitcoin network in what are called Bitcoin "addresses." A Bitcoin address is analogous to a bank account number, designated by a complex string of letters and numbers. Each Bitcoin address is controlled through the use of a unique, corresponding "private key" – a kind of cryptographic password needed to access the address. Only a holder of the "private key" for an address can authorize any transfers of Bitcoins from that address to other Bitcoin addresses.  No identifying information about the payor or payee is transmitted in a Bitcoin transaction. Only the Bitcoin addresses of the parties are needed for the transaction, which by themselves do not reflect any identifying information.

To acquire Bitcoins, a user typically must purchase them from a Bitcoin "exchanger." Bitcoin exchangers generally accept payments of conventional currency and, in return for a commission, transfer a corresponding number of Bitcoins, based on a floating exchange rate, to a Bitcoin address designated by the customer.

Undercover Purchases of Bitcoin from Mansy

Beginning in early December 2014, agents identified an individual advertising Bitcoin transactions online using the moniker 'TVTOYZ.COM.' At this time, 'TVTOYZ.COM' was listed on the 'www.localbitcoins.com' website as one of the largest volume sellers on the website; the person behind the 'TVTOYZ.COM' account advertised nationally that it accepted cash deposits into his bank accounts, in addition to other methods, in exchange for Bitcoin. According to 'www.localbitcoins.com,' the 'TVTOYZ.COM' account was created in approximately September 2013, had engaged in its first 'transaction' in approximately May 2014, and had engaged in over 3,000 transactions in this period with more than 1,740 individuals.

Agents determined that 'TVTOYZ.COM' was an entity owned, operated, and registered as a Limited Liability Corporation with the State of Michigan by Sal Mansy.  A search of the FinCEN online money services business registrant database revealed no entity by the name 'TVTOYZ.COM' or any similar name registered as a money services business; Mansy himself was also not reflected as an individual registrant within the database.

In December 2014, agents observed that Mansy was advertising nationally on the 'www.localbitcoins.com' website that he accepted deposits through Moneygram, 'Cash Deposit at your local Walmart, CVS, Rite Aid, Party store,' 'Vanilla' pre-paid cards, and 'Reloadit' pre-paid cards in exchange for Bitcoin. Each method of payment featured a different purchase price

for Bitcoin, with the Moneygram, Vanilla, and Reloadit methods listed as the most expensive. According to his profile, upon initiation of a trade, Mansy would place a buyer's requested Bitcoin trade amount in escrow, wait for confirmation from the buyer that the cash deposit had been made into his designated account or that the pre-paid card had been purchased and loaded, and would then release the Bitcoin to the buyer's e-wallet within 180 minutes.

On December 22, 2014, agents initiated a 'trade' with Mansy through one of his 'www.localbitcoins.com' advertisements, and successfully purchased 1.3296 Bitcoin from him by paying $500 cash into an account specified by Mansy through a Moneygram outlet in Scarborough, Maine. At the time of this purchase, Mansy was selling Bitcoin for $376.06 U.S. dollars per one Bitcoin, whereas the prevailing trade rate for Bitcoin at that specific time was approximately $331.58 U.S. dollars per one Bitcoin.

On March 2, 2015, agents initiated a second 'trade' with Mansy, again through one of his 'www.localbitcoins.com' advertisements, and purchased 5.002 Bitcoin from him for $1,500 cash. As with the December trade, agents sent the cash through the same Moneygram outlet in Scarborough, Maine to an account Mansy specified.  At the time of the purchase, Mansy was selling Bitcoin for $299.88 U.S. Dollars per one Bitcoin, whereas the prevailing trade rate for Bitcoin at that specific time was $266.67 U.S. Dollars per one Bitcoin.

Coinbase

Coinbase is a Bitcoin wallet and exchange service headquartered in San Francisco, California.  The evidence would show that Mansy had been a Coinbase customer from August 9, 2013 through June 18, 2014. During the nine months that his account was active, Coinbase reported that Mansy had purchased approximately $577,000 in Bitcoin from the company.

On June 18, 2014, Coinbase banned Mansy's account because it suspected that he was operating an unlicensed money service business and selling the Bitcoin he was purchasing from the company on other websites.  The evidence would include email correspondence between Mansy and Coinbase during the period Mansy's account was open. This would include a string of emails dated June 17 and June 18, 2014. In these emails, Coinbase notified Mansy that it had noticed a high volume of transactions from him and needed to collect more information regarding his activity; namely, whether he was selling and/or buying Bitcoin for non-Coinbase customers and, if so, whether he was registered with FinCEN as a money service business. In response, Mansy stated, "yes I buy [Bitcoin] and sell them on localbitcoin.com, ebay, and blogs the funding source is my business bank account."

In response, Coinbase informed Mansy that "…selling Bitcoin on a website like localbitcoins.com places you in the category of a [money service business] according to FinCEN," and that because this activity violated Coinbase's terms of use, Mansy's account was being banned. Minutes later, Mansy responded by insisting that he was not required to register and pointed out that the IRS lists bitcoin as property.

In response, Coinbase again stated on June 18, 2014 that he needed to register as a money service business with FinCEN in order to continue doing business with the company, and went on to explain in detail the steps Mansy would need to take to become compliant. Minutes after receiving this email, Mansy again he insisted he should not have to register and complained that he could not afford all of the expenses that accompany registration with FinCEN.

On June 20, 2014, after closing his account, Coinbase responded a final time, stating that it believed Mansy was describing himself as an unlicensed money service business, and that "[t]he only way we can accept accounts like yours is if they are in compliance." Many months later, on

January 7, 2015, Mansy sent a final email, stating, "John I need to buy bitcoins bad. I need you to turn my account back on."

Bitstamp Ltd.

Bitstamp Ltd. is a Bitcoin wallet and exchange service headquartered in Slovenia but with a physical presence in Berkeley, California.  Mansy had been a customer of Bitstamp since October 5, 2013 and remained so for 19 months. During the nineteen months his account was active, Mansy purchased approximately $1,883,000 in Bitcoin from the company. The following reflects Mansy's purchase volume report from Bitstamp:

| | |
|---|---|
| 2014 March | $48,157.91 |
| 2014 April | $81,380.44 |
| 2014 May | $122,864.58 |
| 2014 June | $143,859.70 |
| 2014 July | $107,144.26 |
| 2014 August | $100,614.97 |
| 2014 September | $217,157.50 |
| 2014 October | $142,191.81 |
| 2014 November | $144,633.62 |
| 2014 Dec | $110,289.86 |
| 2015 January | $179,770.34 |
| 2015 February | $138,525.56 |
| 2015 March | $132,022.82 |
| 2015 April | $175,238.30 |

Similar to Coinbase, the evidence would also include communications between Bitstamp and Mansy that had occurred through the life of Mansy's account. On April 7, 2015, a Bitstamp representative emailed Mansy to inform him that a recent purchase request of $40,000 had exceeded certain "thresholds" on his account, and that Bitstamp therefore required clarification as to his reason for purchasing such a large amount of Bitcoin. More specifically, Bitstamp demanded

to know "where and how" he intended to sell the Bitcoin he purchased or intended to purchase from Bitstamp. Mansy did not respond to this request, and on April 14, 2015, in response to a second purchase initiation in the amount of $40,000 from Mansy, Bitstamp sent a follow-up message reiterating that Mansy needed to respond to its questions before it would release the purchase. On April 15, 2015, Mansy responded:

> I sell them on localbitcoins.com here is my profile link https://localbitcoins.com/accounts/profile/TVTOYZ.com/. My sales are on hold because of you can you pleas <sic> release my money so I can work.

On April 16, 2015, in response to Mansy, Bitstamp stated that the company also needed to know whether Mansy's business was regulated and registered with FinCEN. Bitstamp further requested that Mansy estimate the monthly amounts he intended to be depositing or withdrawing from Bitstamp going forward. Mansy responded on the same date, stating:

> No I am not registered as a money service business because I am not the money service I do not transfer money between people or companies I only bite <sic> bit coins from you and resell them.

On April 17, 2015, Bitstamp thanked Mansy for his reply, but asked again that he advise the company of the estimated monthly amounts he believed he would be purchasing. Later on the same date, Mansy replied:

> About $150,000 to 200,000 a month I'm doing some advertising and trying to improve my business so in the future it might be higher I hope.

<u>Mansy's Statement to HSI</u>

On June 2, 2015, a federal search warrant was executed at Mansy's Detroit, MI residence. Shortly after entry to the residence, Mansy agreed to speak with agents with Homeland Security. Mansy acknowledged that he bought Bitcoin and sold it to other people at a profit. Mansy made clear, however, that he was "not moving money from one individual to another like a [Money Service Business] does." Mansy estimated that he

6

conducted $50,000 in transactions per week with his customers and that he earned an approximately 3-4% commission for each transaction.  Mansy insisted that he reported everything he made to the IRS through his other business,'TVTOYZ.COM.' Mansy further stated that he had been engaged in this business for approximately one year, and again reiterated that he was not a money service business. According to Mansy, he had looked up the money service business requirements on the Department of the Treasury's Financial Crimes Enforcement Network (FinCEN) website and determined that his business model did not apply to that of a money service business.

Mansy stated that $4,000 was the highest single transaction he would usually conduct at one time. Mansy confirmed that he does not ask anyone for identification but that if the person pays him through Moneygram, Moneygram will ask for their name and it will appear on the receipt that he ultimately sees.  Mansy acknowledged being told by both Bitstamp and Coinbase that he needed to register as a money service business.

TV TOYZ

Nearly all of the funds related to Mansy's sale of bitcoins flowed through the TV TOYZ, LLC bank account (account number 3750 127X XXXX held at Bank of America) and then on to a personal account of Sal Mansy (account 3750 134X XXXX held at Bank of America), from which bitcoins were then purchased for resale. An analysis of the bank accounts for Sal Mansy and TV TOYZ, LLC for the period July 1, 2014 to June 2, 2015, reflects that deposits totaled about $1.8 million dollars. Of that amount, about $1.7 million or 93% of the funds relate to the sale of bitcoins.

Dated at Portland, Maine this 15th day of May 2017.

Richard W. Murphy
Acting United States Attorney


/s/ Michael J. Conley
Michael J. Conley, Assistant U.S. Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
Telephone:  (207) 780-3257
Email: michael.conley@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 15, 2017, I filed the foregoing Prosecution Version with the

Clerk of Court using the CM/ECF filing system, which will provide notification of such filing to

the following:

Roger Brunelle, Esq.

                                        */s/*Michael J. Conley
                                        Michael J. Conley
                                        Assistant U.S. Attorney