UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:15-cr-00198-GZS |
| ) | |
| SAL MANSY ) | |
| TV TOYZ, LLC ) | |

## NOTICE

NOW COMES the United States of America, by and through its attorneys Richard W. Murphy, Acting United States Attorney for the District of Maine, and Michael J. Conley, Assistant United States Attorney, to provide additional information to the court relating to the ownership of TV TOYZ, LLC.

TV TOYZ, LLC was organized under the laws of the State of Michigan. The Articles of Organization for TV TOYZ, LLC were filed with the Michigan Department of Labor & Economic Growth, Bureau of Commercial Services, on November 7, 2012 and reflect that Sal Mansy is the registered agent and sole proprietor for the corporation. There are no other shareholders.

DATED: May 17, 2017

                                                    Richard W. Murphy
                                                    Acting United States Attorney

                                                    By: /s/Michael J. Conley
                                                    Michael J. Conley
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    100 Middle St. East Tower 6th Floor
                                                    Portland, Maine 04101
                                                    Michael.Conley@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017, I electronically filed Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Roger Brunelle, Esq.

    Richard W. Murphy
    Acting United States Attorney


    /s/Michael J. Conley
    Assistant United States Attorney
    United States Attorney's Office
    100 Middle Street, 6th Floor East Tower
    Portland, Maine 04101
    (207) 780-3257
    michael.conley@usdoj.gov