# UNITED STATES PROBATION & PRETRIAL SERVICES

## DISTRICT OF MAINE



**KAREN-LEE MOODY**
**CHIEF**

**MICHAEL J. PENDERS**
**DEPUTY CHIEF**

_____

Internal Memorandum

June 28, 2017

To: George Z. Singal, U.S. District Judge

From: Stacey L. Graf, U.S. Probation Officer

Re: Sal Mansy / TV Toyz, LLC, Dkt. # 15-198-GZS

_____

The draft presentence report in this matter is due to be disclosed to counsel on 7/5/17.  The undersigned officer commenced an extended medical leave on 6/26/17.  The Probation Officer respectfully requests an extension of three months, which will result in a new disclosure date of the draft reports of 10/5/17.  As a result, objections would be due from the parties on 10/19/17, and the revised report would be due to the parties on 11/2/17.  Both counsels were contacted regarding this request for extension.  The government has no objection to the extension.  To date, the defense has not responded.

As always, I am available at the Court's convenience should there be any questions.

By:

Approved By:

Stacey L. Graf
U.S. Probation Officer

Gregory Giblin
Supervisory U.S. Probation Officer