Dear judge .

My name is Afrodit Mansy I am Sal Mansy's wife.

Me and my husband we work very hard to care for our special need son and also for my Father-in-law because he is half disabled and he lives with us.

I work a midnight shift at CVS pharmacy so I can care for them in the day time when by husband is working and he care for them in the evening.

The majority of our income comes from my husband's work. If my husband go to jail we will have no money because I will have to quit my job at CVS pharmacy to care them and we can't afford to higher help.
We will have no income and we will lose our house if this happened it will have a big impact on my autistic son because he is very attached this home and specialty his room.

*[signature]*

**SHELBY PEDIATRICS**
47389 Van Dyke Avenue
Shelby Township, MI 48317
Phone (586)-739-8030
Fax (586)-739-8333

November 27, 2017

To whom it may concern,

Joseph Mansy DOB: 12/19/2007

Joseph Mansy has been a patient of ours since February of 2008. Joseph was diagnosed with autism in May of 2012. Joseph requires the care of both parents at this time.

Please contact our office at (586)739-8030 if you have any further questions.

Sincerely,

Mohammad A. Bitar M.D

SHELBY PEDIATRICS
47389 VAN DYKE AVE.
SHELBY TWP, MI 48317
(586) 739-8030



# St. George Chaldean Catholic Church

ܥܕܬܐ ܕܡܪܝ ܓܘܪܓܝܣ ܠܟܠܕܝܐ ܡܩܕܫܬܐ

كنيسة مار كوركيس للكلدان

*Recommendation Letter*

November 29, 2017

To Whom It May Concern:

I, Fr. Wisam Matti, I am the Pastor of at St. George Chaldean Catholic Church in Shelby Township, MI, I am writing this letter of recommendation for Sal Mansy, who resides at 2651 Erma Dr. Shelby Twp., MI 48317. Sal is Chaldean Catholic, respectful to others, and maintains a standard of good Catholic teaching.

For any questions regarding this letter, please contact me.

Sincerely,

F. Wisam Matti

Rev. Wisam Matti

Pastor



45700 Dequindre Road • Shelby Township, MI 48317 • Tel (586)254-7221 • Fax (586)254-2874