# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

UNITED STATES OF AMERICA    )
    )
       v.    )    Crim. No. 2:15-cr-00198-GZS
    )
SAL MANSY    )
TV TOYZ, LLC    )

## <u>DECLARATION</u>

I, Kimberley P. Woodward, declare as follows:

1. I am a Paralegal Specialist in the office of the United States Attorney for the District of Maine.   My duties include assisting Donald E. Clark and other Assistant U.S. Attorneys with asset forfeiture cases.  In connection with my duties as such, I have custody and control of certain records relating to this case.  My knowledge of the facts stated below is derived from these records which are kept in the ordinary course of business and from my personal knowledge.

2. Between May 20, 2017 and June 18, 2017, I caused to be published, pursuant to the provisions of Rules C and G(4)(a)(iii) of the Supplemental Rules of Certain Admiralty and Maritime Claims, public notice on the official government website www.forfeiture.gov announcing that the United States was pursuing a criminal forfeiture action against the above-entitled defendant; that forfeiture is being sought; and that anyone wishing to assert a legal interest in said property should file a claim with this Court.  A copy of said Notice of Forfeiture and Advertisement Certification Report are attached hereto, as Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Portland, Maine this 1st day of December, 2017.

HALSEY B. FRANK
United States Attorney

Donald E. Clark
Assistant U.S. Attorney


 /s/ Kimberley P. Woodward
Kimberley P. Woodward
Paralegal Specialist
U.S. Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 771-3236
Kim.woodward@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 1, 2017, I caused the foregoing Advertising Declaration to be electronically filed with Clerk of Court using the CM/ECF system and delivered an electronic copy to:

ROGER F. BRUNELLE , JR.
LAW OFFICES OF ROGER F. BRUNELLE, JR.
75 PEARL STREET 2ND FLOOR
PORTLAND, ME 04101
207-699-4357
roger@rbrunellelaw.com

HALSEY B. FRANK
United States Attorney

Donald E. Clark
Assistant U.S. Attorney

 /s/ Kimberley P. Woodward
Kimberley P. Woodward
Paralegal Specialist
United States Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 771-3236
Kim.woodward@usdoj.gov