# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE
## COURT CASE NUMBER: 2:15-CR-00198-GZS; NOTICE OF FORFEITURE

Notice is hereby given that on May 17, 2017, in the case of <u>U.S. v. Sal Mansy, et al</u>, Court Case Number 2:15-CR-00198-GZS, the United States District Court for the District of Maine entered an Order condemning and forfeiting the following property to the United States of America:

$13,289.13 from account 3750 1349 3782 held in the name of Sal Mansy Acct# 3750 1349 3782 (15-CBP-000219) which was seized from Sal Mansy on June 19, 2015 at Bank of America, located in Portland, ME

$60,812.96 from account 3750 1274 5428 in the name of TV TOYZ LLC at Bank of America Acct# 3750 1274 5428 (15-CBP-000220) which was seized from TV TOYZ LLC on June 19, 2015 at Bank of America, located in Portland, ME

$44,032.48 USD from account number 227274 in the name of Sal Mansy at Bitstamp, Ltd Acct# 01511948 (15-CBP-000249) which was seized from Bitstamp, Ltd on July 02, 2015 in Portland, ME

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (May 20, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 156 Federal Street, Portland, ME  04101, and a copy served upon Assistant United States Attorney Donald Clark, 100 Middle Street, East Tower, 6th Floor, Portland, ME  04101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between May 20, 2017 and June 18, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Sal Mansy, et al

**Court Case No:** 2:15-CR-00198-GZS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 05/20/2017 | 24.0 | Verified |
| 2 | 05/21/2017 | 24.0 | Verified |
| 3 | 05/22/2017 | 24.0 | Verified |
| 4 | 05/23/2017 | 24.0 | Verified |
| 5 | 05/24/2017 | 24.0 | Verified |
| 6 | 05/25/2017 | 24.0 | Verified |
| 7 | 05/26/2017 | 24.0 | Verified |
| 8 | 05/27/2017 | 24.0 | Verified |
| 9 | 05/28/2017 | 24.0 | Verified |
| 10 | 05/29/2017 | 24.0 | Verified |
| 11 | 05/30/2017 | 24.0 | Verified |
| 12 | 05/31/2017 | 24.0 | Verified |
| 13 | 06/01/2017 | 24.0 | Verified |
| 14 | 06/02/2017 | 24.0 | Verified |
| 15 | 06/03/2017 | 24.0 | Verified |
| 16 | 06/04/2017 | 24.0 | Verified |
| 17 | 06/05/2017 | 24.0 | Verified |
| 18 | 06/06/2017 | 24.0 | Verified |
| 19 | 06/07/2017 | 24.0 | Verified |
| 20 | 06/08/2017 | 24.0 | Verified |
| 21 | 06/09/2017 | 24.0 | Verified |
| 22 | 06/10/2017 | 24.0 | Verified |
| 23 | 06/11/2017 | 24.0 | Verified |
| 24 | 06/12/2017 | 24.0 | Verified |
| 25 | 06/13/2017 | 24.0 | Verified |
| 26 | 06/14/2017 | 24.0 | Verified |
| 27 | 06/15/2017 | 24.0 | Verified |
| 28 | 06/16/2017 | 24.0 | Verified |
| 29 | 06/17/2017 | 24.0 | Verified |
| 30 | 06/18/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.