SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2017 DEC -4 P 3: 38

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 2:15-cr-00198-GZS |
| | ) |
| SAL MANSY | ) |
| TV TOYZ, LLC | ) |

## FINAL ORDER OF FORFEITURE

Defendants, Sal Mansy and TV Toyz, LLC pleaded guilty to a One Count Indictment charging them with violating Title 18, United States Code, Sections 1960(a) and 2, for which the United States sought forfeiture pursuant to Title 18, United States Code, Section 982(a)(1);

On May 17, 2017, the Court entered a Preliminary Order of Forfeiture ordering defendants to forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property including, but not limited to the following:

    a.     $13,289.13 seized from account 3750 1349 3782 held at the Bank of America in the name of Sal Mansy;

    b.     $60,812.96 seized from account number 3750 1274 5428 held at the Bank of America in the name of TV TOYZ, LLC;

    c.     $44,032.48 seized from account number 227274 at Bitstamp, Ltd. held in the name of Sal Mansy;

("hereinafter the Property");

The Court found that the defendants had an interest in the Property, that the government had established the requisite nexus between such Property and the offense and that the Property is subject to forfeiture;

Between May 20, 2017 and June 18, 2017, the United States caused notice to be published for thirty (30) consecutive days on the official government website www.forfeiture.gov, giving notice of its intent to seek forfeiture of the Property, to dispose of the Property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Property;

The time for third parties to petition the court has now expired and no timely claim or petition has been filed;

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Property is hereby FORFEITED to the United States to be disposed of according to law; and

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall forward one certified copy of this Order to Assistant United States Attorney Donald E. Clark, 100 Middle Street, East Tower, 6th floor, Portland, Maine 04101.

SO ORDERED,

Dated: 12-4-17

George Z. Singal
U.S. District Judge